**Order entered October 23, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00935-CR
### No. 05-19-00936-CR

### CHRISTIN LEE GORBY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F19-00375-T & F18-29750-T**

### ORDER

Before the Court is the State's October 21, 2020 second motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief received along with the motion filed as of the date of this order.

/s/    LANA MYERS
        JUSTICE